UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

SK FOODS, L.P.

     Debtor.

BRADLEY D. SHARP,                          CIV. NO. S-10-810 LKK

     Plaintiff,

        v.

SCOTT SALYER, et al.,

     Defendants.
_____/

IN RE:

SK FOODS, L.P.

     Debtor.

BRADLEY D. SHARP,                          CIV. NO. S-10-811 LKK

     Plaintiff,

        v.

SKF AVIATION, LLC, et al.,

     Defendants.
_____/

1 | IN RE:

2 | SK FOODS, L.P.

3 |       Debtor.

4 | BRADLEY D. SHARP,               CIV. NO. S-10-812 LKK

5 |       Plaintiff,

6 |           v.

7 | SSC FARMS 1, LLC, et al.,

8 |       Defendants.
_____/

9 | IN RE:

10 | SK FOODS, L.P.

11 |       Debtor.

12 | BRADLEY SHARP,                CIV. NO. S-10-1492 LKK

13 |       Plaintiff,

14 |           v.

15 | SSC FARMS 1, LLC, et al.,

16 |       Defendants.
_____/

17 | ////

18 | ////
IN RE:

19 |

20 | SK FOODS, L.P.                 CIV. NO. S-10-1493 LKK

21 |       Debtor.
_____/

22 | ////

23 | ////

24 | ////

25 | ////

26 | ////

```
 1  IN RE:

 2  SK FOODS, L.P.

 3          Debtor.

 4  BRADLEY SHARP,                        CIV. NO. S-10-1496 LKK

 5          Plaintiff,

 6              v.

 7  CSSS, L.P., et al.,

 8          Defendants.
    _____/
 9  IN RE:

10  SK FOODS, L.P.

11          Debtor.

12  BRADLEY SHARP,                        CIV. NO. S-10-1497 LKK

13          Plaintiff,

14              v.

15  FRED SALYER IRREVOCABLE
    TRUST, et al.,
16
            Defendants.
17  _____/

18  IN RE:

19  SK FOODS, L.P.

20          Debtor.

21  BRADLEY SHARP,                        CIV. NO. S-10-1498 LKK

22          Plaintiff,

23              v.

24  SKF AVIATION, LLC., et al.,

25          Defendants.
    _____/
26
```

IN RE:

SK FOODS, L.P.

   Debtor.

BRADLEY SHARP,         CIV. NO. S-10-1499 LKK

   Plaintiff,

     v.

SCOTT SALYER, et al.,

   Defendants.
_____/

IN RE:

SK FOODS, L.P.

   Debtor.

BRADLEY SHARP,         CIV. NO. S-10-1500 LKK

   Plaintiff,

     v.          O R D E R

SCOTT SALYER, et al.,

   Defendants.
_____/

   Currently before this court are two sets of bankruptcy appeals that this court related to a criminal matter before it, United States of America v. Frederick Scott Salyer, 2:10-cr-00061-LKK-GGH. The first set of appeals bear the following case numbers: (1) 2:10-cv-00810-LKK; (2) 2:10-cv-00811-LKK; and (3) 2:10-cv-00812-LKK. The parties filed identical briefs in each of these cases. The second set of appeals bear the following case numbers: (1) 2:10-cv-01492-LKK; (2) 2:10-cv-01493-LKK; (3) 2:10-cv-01496-LKK; (4) 2:10-cv-01497-LKK; (5) 2:10-cv-01498-LKK; (6) 2:10-cv-01499-LKK; (7) 2:10-

4

1  cv-01500-LKK. Likewise, the parties filed identical briefs in each

2  of these cases. Briefing is now complete on both sets of appeals.

3       Further, the Bankruptcy Trustee has filed a Motion to Dismiss

4  the second set of bankruptcy appeals and a Motion to Strike a

5  declaration attached to defendants' opening brief in the second set

6  of bankruptcy appeals. These motions are currently set to be heard

7  on September 27, 2010.

8       The court has determined that both sets of appeals and the two

9  motions should be heard together. For the foregoing reasons the

10  court orders as follows:

11       (1)  The above-captioned bankruptcy appeals shall be heard on

12            October 12, 2010 at 10:00 a.m.

13       (2)  The hearings on the motions to dismiss and to strike

14            filed in the second set of bankruptcy appeals are

15            CONTINUED to October 12, 2010 at 10:00 a.m.

16       IT IS SO ORDERED.

17       DATED:  September 16, 2010.

18

19

20            LAWRENCE K. KARLTON
              SENIOR JUDGE
21            UNITED STATES DISTRICT COURT

22

23

24

25

26

5