```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,

         Plaintiff,

              v.                          CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

         Defendant.
                                      /
IN RE:

SK FOODS, L.P.,

         Debtor.
BRADLEY D. SHARP,                         CIV. NO. S-10-810 LKK

         Plaintiff,

              v.

SCOTT SALYER, et al.,

         Defendants.
                                      /

////
////
////
```

```
 1   IN RE:
 2   SK FOODS, L.P.,
 3           Debtor.
 4   ROBERT PRUETT,                                    CIV NO. S-12-669 LKK
 5           Appellant,
 6             v.
 7   BRADLEY D. SHARP,
     CHAPTER 11 TRUSTEE,
 8
             Appellee.
 9   _____/
     IN RE:
10
     SK FOOD, L.P., a California
11   limited partnership, et al.,
12           Debtors.
13   BRADLEY D. SHARP, Chapter 11
     Trustee,
14
             Appellant,                                CIV NO. S-12-775 LKK
15
               v.
16
     SSC FARMS 1, LLC, et al.,
17
             Appellees.
18   _____/
19   ////
20   ////
21   ////
22   ////
23   ////
24   ////
25   ////
26   ////
```

```
IN RE:

SK FOODS, L.P., a California
limited partnership,

          Debtor.

CARY COLLINS and COLLINS &
ASSOCIATES,

          Appellants,                    CIV. NO. S-12-0655 GEB

             v.

BRADLEY D. SHARP, Chapter 11
Trustee,
          Appellee.
_____/
IN RE:

SK FOODS, L.P., a California
limited partnership, et al.,

          Debtors.

SSC FARMS 1, LLC, et al.,

          Appellants,                    CIV. NO. S-12-0894 JAM

             v.

BRADLEY SHARP, et al.,                   RELATED CASE ORDER

          Appellees.
_____/
```

The above-captioned cases are bankruptcy appeals. The court is in receipt of notices that the above-captioned appeals are related to <u>Sharp v. Salyer (In re SK Foods, L.P.)</u>, Civ. No. 2:10-cv-810 LKK (and its previously related cases), and also to <u>Pruett v. SSC Farms (In re SK Foods, L.P.)</u>, Civ. No. 2:12-669 LKK and <u>Sharp v. SSC Farms (In re SK Foods, L.P.)</u>, Civ. No. 2:12-775 LKK.

Pursuant to E.D. Cal. R. 123(c), related cases are re-assigned to the judge with the lower numbered case.

3

1     Accordingly the court ORDERS as follows:

2     1.  The bankruptcy appeals denominated Civ. No. 2:12-cv-655 GEB and Civ. No. 2:12-cv-894 JAM are REASSIGNED to Senior Judge Lawrence K. Karlton for all further proceedings.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:12-cv-655 LKK and Civ. No. 2:12-cv-894 LKK.

2. The Clerk of the Court make shall appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED:  April 13, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT