```
1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    EASTERN DISTRICT OF CALIFORNIA
9
10  UNITED STATES OF AMERICA,
11          Plaintiff,
12             v.                       CR. NO. S-10-061 LKK
13  FREDERICK SCOTT SALYER,
14          Defendant.
                                      /
15  IN RE:
16  SK FOODS, L.P.,
17          Debtor.
18  BRADLEY D. SHARP,                   CIV. NO. S-10-810 LKK
19          Plaintiff,
20             v.
21  SCOTT SALYER, et al.,
22          Defendants.
                                      /
23
24  ////
25  ////
26  ////
```

```
 1  IN RE:

 2  SK FOODS, L.P.,

 3          Debtor.

 4  BRADLEY D. SHARP,                              CIV. NO. S-10-811 LKK

 5          Plaintiff,

 6              v.

 7  SKF AVIATION, LLC, et al.,

 8          Defendants.
                                          /
 9  IN RE:

10  SK FOODS, L.P.,

11          Debtor.

12  BRADLEY D. SHARP,                              CIV. NO. S-10-812 LKK

13          Plaintiff,

14              v.

15  SSC FARMS 1, LLC, et al.,

16          Defendants.
                                          /
17  IN RE:

18  SK FOODS, L.P., a California
    Limited Partnership,
19
            Debtor.
20
    SCOTT SALYER, individually and              CIV NO. S-12-1292 GEB
21  as trustee of the Scott Salyer
    Revocable Trust, et al.,
22
            Appellants,
23
                v.
24
    BRADLEY D. SHARP, CHAPTER 11 TRUSTEE,        RELATED CASE ORDER
25
            Appellee.
26                                        /
```

1 | The court is in receipt of a notice that Salyer v. Sharp (In
2 | re SK Foods, L.P.), Civ. No. 2:12-cv-1292-GEB, is related to Civ.
3 | Nos. 2:10-cv-810-LKK, 2:10-cv-811-LKK and 2:10-cv-812-LKK.
4 | Examination of the cases shows that they are related.  Pursuant to
5 | E.D. Cal. R. 123(c), related cases are re-assigned to the judge
6 | with the lower numbered case.
7 |     Accordingly the court ORDERS as follows:
8 |     1.   The case denominated Civ. No. 2:12-cv-1292-GEB is
9 | REASSIGNED to Senior Judge Lawrence K. Karlton for all further
10 | proceedings.  Henceforth, the caption on documents filed in the
11 | reassigned case shall be shown as Civ. No. 2:12-cv-1292-LKK.
12 |     2.   The Clerk of the Court make shall appropriate adjustment
13 | in the assignment of civil cases to compensate for this
14 | reassignment.
15 |     IT IS SO ORDERED.
16 |     DATED:  June 12, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3