```
 1
 2
 3
 4
 5
 6
 7                        UNITED STATES DISTRICT COURT
 8                       EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,
11          Plaintiff,
12             v.                          CR. NO. S-10-061 LKK
13  FREDERICK SCOTT SALYER,
14          Defendant.
                                       /
15  IN RE:
16  SK FOODS, L.P.,
17          Debtor.
18  BRADLEY D. SHARP,                      CIV. NO. S-10-810 LKK
19          Plaintiff,
20             v.
21  SCOTT SALYER, et al.,
22          Defendants.
                                       /
23
24  ////
25  ////
26  ////
```

```
 1  IN RE:

 2  SK FOODS, L.P.,

 3          Debtor.

 4  BRADLEY D. SHARP,                          CIV. NO. S-10-811 LKK

 5          Plaintiff,

 6             v.

 7  SKF AVIATION, LLC, et al.,

 8          Defendants.
    _____/
 9  IN RE:

10  SK FOODS, L.P.,

11          Debtor.

12  BRADLEY D. SHARP,                          CIV. NO. S-10-812 LKK

13          Plaintiff,

14             v.

15  SSC FARMS 1, LLC, et al.,

16          Defendants.
    _____/
17  IN RE:

18  SK FOODS, L.P., a California
    Limited Partnership,
19
            Debtor.
20
    SCOTT SALYER, individually and             CIV NO. S-12-1292 GEB
21  as trustee of the Scott Salyer
    Revocable Trust, et al.,
22
            Appellants,
23
               v.
24
    BRADLEY D. SHARP, CHAPTER 11 TRUSTEE,      RELATED CASE ORDER
25
            Appellee.
26  _____/
```

2

1   The court is in receipt of a notice that <u>Salyer v. Sharp (In
re SK Foods, L.P.)</u>, Civ. No. 2:12-cv-1292-GEB, is related to Civ.
Nos. 2:10-cv-810-LKK, 2:10-cv-811-LKK and 2:10-cv-812-LKK.
Examination of the cases shows that they are related. Pursuant to
E.D. Cal. R. 123(c), related cases are re-assigned to the judge
with the lower numbered case.

   Accordingly the court ORDERS as follows:

   1.   The case denominated Civ. No. 2:12-cv-1292-GEB is
REASSIGNED to Senior Judge Lawrence K. Karlton for all further
proceedings. Henceforth, the caption on documents filed in the
reassigned case shall be shown as Civ. No. 2:12-cv-1292-LKK.

   2.   The Clerk of the Court make shall appropriate adjustment
in the assignment of civil cases to compensate for this
reassignment.

   IT IS SO ORDERED.

   DATED: June 12, 2012.

```
                         /s/ Lawrence K. Karlton
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT
```